423 A.2d 1303

Commonwealth, Appellant, v. Snyder.

Submitted September 15, 1978.   D. Michael Emuryan, Assistant District Attorney, for Commonwealth, appellant;   J. B. Lynch, Assistant Public Defender, for appellee.

* President Judge Otto P. Robinson of the Court of Common Pleas of Lackawanna County, Pennsylvania, and Judge Maurice Louik of the Court of Common Pleas of Allegheny County, Pennsylvania, are sitting by designation.

Before PRICE, HESTER and HOFFMAN, JJ.

Order affirmed.